NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ZIMMER HOLDINGS, INC., ZIMMER, INC.
and ZIMMER US, INC.,**

Petitioners,

---

2010-M938

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0258, Judge T. John Ward.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

Before GAJARSA, *Circuit Judge.*

### ORDER

Upon consideration of Zimmer Holdings, Inc., Zimmer, Inc., and Zimmer US, Inc.'s motion for leave to file a reply in support of its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUN 2 4 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Bryan S. Hales, Esq.
Joseph M. Vanek, Esq.
Clerk, United States District Court for the Eastern
District of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 4 2010

**JAN HORBALY**
**CLERK**